THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Christopher Joshua
 Howell, Appellant.
 
 
 
 
 

Appeal From Union County
 Hon. Larry B. Hyman, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-600
 Submitted November 2, 2009  Filed
December 16, 2009    

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh Assistant Deputy Attorney General
 Donald J. Zelenka, of Columbia; and Solicitor Kevin Scott Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM:  Christopher Joshua Howell appeals from his guilty plea to murder, arguing his
 guilty plea failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.